**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6634**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROGER LEE HARRELL,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-01-112)

───────────────

Submitted: July 31, 2003          Decided: August 12, 2003

───────────────

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Roger Lee Harrell, Appellant Pro Se. Nicholas Stephan Altimari, James Brien Comey, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger Lee Harrell appeals the district court's order denying his motion for reconsideration of a previous order denying his motion to stay a state court proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>See</u> <u>United States v. Harrell</u>, No. CR-01-112 (E.D. Va. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>